**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK A. WILLIAMS, SR., | : | Civil No. 1:26-CV-00604 |
| Plaintiff, | : | |
| v. | : | |
| CORVEL RISK MANAGEMENT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that the court grant Plaintiff's motion for voluntary dismissal and dismiss this case with prejudice as requested by Plaintiff. (Doc. 21.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.[1] *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

[1] The court notes that it is not waiting for the objections period to expire because Plaintiff has requested that this case be dismissed with prejudice as the parties have settled. (*See* Doc. 20.)

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Latella's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation, Doc. 21, grant Plaintiff's motion for voluntary dismissal, Doc. 20, deny the other pending motions as moot, Docs. 6 & 13–17, and dismiss this case with prejudice. An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 5, 2026