**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK A. WILLIAMS, SR., | : | Civil No. 1:26-CV-00604 |
| Plaintiff, | : | |
| v. | : | |
| CORVEL RISK MANAGEMENT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 5th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 21, is **ADOPTED**.

2) Plaintiff's motion for voluntary dismissal, Doc. 20, is **GRANTED**.

3) The motions pending at Docs. 6, 13, 14, 15, 16, and 17 are **DENIED AS MOOT**.

4) This case is **DISMISSED WITH PREJUDICE** and the Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania